FORM 3. Notice of Appeal from the United States Court of International Trade	Form 3
July 2020

# UNITED STATES COURT OF INTERNATIONAL TRADE

_____ , **Plaintiff,**

v.	Case No. _____

_____ , **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the following party/parties* _____

_____

in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on

_____ .

Date: _____	Signature: _____

Name: _____

Address: _____

_____

_____

Phone Number: _____

Email Address: _____

*See* Fed. R. App. P. 3(c) for permissible ways of identifying appellants.