NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

————————————

**MAGID GLOVE & SAFETY MANUFACTURING CO. LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

————————————

2022-1793

————————————

Appeal from the United States Court of International Trade in No. 1:16-cv-00150-TCS, Judge Timothy C. Stanceu.

————————————

**ON MOTION**

————————————

**O R D E R**

Magid Glove & Safety Manufacturing Co. LLC ("Magid") moves unopposed to have the physical exhibits submitted to the United States Court of International Trade ("CIT") in connection with Magid's motion for summary judgment in No. 16-150 (ECF No. 44 and 45) transferred from the CIT to this court.

2       MAGID GLOVE & SAFETY MANUFACTURING CO. LLC v. US

Magid informs the court that these physical exhibits are illustrative samples of the merchandise at issue in this case and that transfer to this court will permit the parties to refer to the samples in their briefs and during oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The clerk of the United States Court of International Trade is directed to transfer the designated physical exhibits. The clerk of this court shall maintain custody of the exhibits in the clerk's office.

(2) A copy of this order shall be transmitted to the merits panel assigned to this case.

FOR THE COURT

July 15, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court